# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JAGJIT SINGH LALLI

VERSUS

MANPREET KAUR RANDHAWA

NO.  2025 CW 1336

**JANUARY 8, 2026**

---

In Re:    Jagjit Singh Lalli, applying for supervisory writs, 23rd
          Judicial District Court, Parish of Ascension, No.
          141709.

---

BEFORE:    **MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT NOT CONSIDERED.** This writ application failed to include a copy of the judgment, order or ruling of the trial court on relator's motion, the judge's reasons for judgment, order or ruling (if written), each pleading on which the judgment was founded, including relator's motion and a copy of all prior custody judgments, any opposition and attachments thereto filed by a party in the trial court, pertinent court minutes, and the notice of intent and return date order, in violation of Rule 4-5(C)(6), (7), (8), (9), (10) and (11) of Rule 4-5(C) of the Uniform Rules of Louisiana Courts of Appeal.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before February 9, 2026, and must contain a copy of this ruling.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

_____
  DEPUTY CLERK OF COURT
      FOR THE COURT